## INDEX OF EXHBITS

1. Warning Letter dated September 12, 2006

2. Affidavit of Susan Goldfaden dated October 13, 2009

3. 2006 Mid-Term Performance Appraisal for Susan Goldfaden