UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SUSAN GOLDFADEN,

    Plaintiff,

v.

WYETH LABORATORIES, INC.
and ROBERT MONOVICH,

    Defendants.

Case No. 08-10944

Hon. Victoria A. Roberts

_____

## JUDGMENT

In accordance with the Opinion and Order entered on May 19, 2010, Judgment is entered in favor of defendants and against plaintiff.

        David Weaver
        Clerk of the Court

    By:    S/Carol A. Pinegar
            Deputy Clerk

Dated: 5/19/2010